UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | SA-07-CR-036-FB |
| | ) | |
| GERONIMO TREVINO-GARCIA ET AL | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On this day came on to be heard the Government's Motion to Unseal the Indictments, and the Court is of the opinion that said Motion should be Granted;

It is therefore ORDERED that the Indictment and First Superseding Indictment herein shall be unsealed until further Order of the Court.

SIGNED and ENTERED the 15 day of January, 2013.

FRED BIERY
Chief United States District Judge